ALBANY,
June, 1833.

Harrington
v.
Trustees of
Rochester.

ROGERS *vs.* BIGELOW.

Motion must be noticed for the first day of a *special term*, unless a sufficient excuse appears for noticing for a subsequent day.

THIS was a motion for judgment as in case of nonsuit. June 20. The notice was for the *second day* of the present *special term*. It was objected that no excuse appearing for the omission to notice for the first day, the motion ought not to be heard, and the objection was sustained by the CHIEF JUSTICE.

*R. W. Peckham,* for the motion.

*I. Williams,* contra.